IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN JUSTIN BROWNLEE,** | Case No. 2:23-cv-0261-TLN-JDP (P) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **JEFFREY W. LYNCH, et al.,** | |
| Defendants. | |

On July 18, 2025, Defendants Hibbard, Lopez, Lynch, and Pongyan ("Defendants") filed a motion to opt out of post-screening Alternative Dispute Resolution ("ADR"). After reviewing the motion, the Court finds good cause to grant the request.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out, ECF No. 41, is GRANTED;
2. The stay of this action is LIFTED; and
3. Defendants shall have 30 days from the date of this order to file a responsive pleading to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated:   July 23, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE