UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY W. LYNCH, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-0261-TLN-JDP (P)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion requesting the issuance of five subpoenas to obtain the attendance of witnesses at trial. ECF No. 46. This request is denied as premature. If claims remain after dispositive motions, the court will address the issuance of subpoenas at the pretrial conference.

Accordingly, it is hereby ORDERED that plaintiff's motion for trial subpoenas, ECF No. 46, is denied without prejudice.

IT IS SO ORDERED.

Dated:   September 15, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE