UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,  Plaintiff,  v.  JEFFREY W. LYNCH, *et al.*,  Defendants. | Case No. 2:23-cv-0261-TLN-JDP (P)  ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion requesting the attendance of five witnesses at trial. ECF No. 49. This request is denied as premature. If claims remain after dispositive motions, the court will address the attendance of witnesses at the pretrial conference.

Accordingly, it is hereby ORDERED that plaintiff's motion trial witnesses, ECF No. 49, is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  December 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1