IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN JUSTIN BROWNLEE,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFREY W. LYNCH, et al.,**<br><br>Defendants. | Case No. 2:23-cv-0261-TLN-JDP-PC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND DEADLINE FOR PRETRIAL MOTIONS** |

Defendants Lopez, Hibbard, Pongyan, and Lynch filed a motion to modify the Discovery and Scheduling Order (ECF No. 45) to extend the deadline for filing pretrial motions by fourteen days, up to and including April 3, 2026. Having considered Defendants' motion and the accompanying declaration of counsel, the Court finds good cause exists to grant this motion.

The parties shall file all pretrial motions by April 3, 2026. No other deadlines in the Court's Discovery and Scheduling Order (ECF No. 45) are affected by this Order.

IT IS SO ORDERED.

Dated:    April 2, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:23-cv-0261-TLN-JDP-PC)