UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN JUSTIN BROWNLEE,

Plaintiff,

v.

JEFFREY LYNCH, *et al.*,

Defendants.

Case No.  2:23-cv-0261-TLN-JDP (P)

ORDER

Plaintiff seeks a ninety-day extension of time to respond to defendants' pending motion for summary judgment, ECF No. 56.  ECF No. 61.  I will grant the motion in part.  Ninety days appears an excessive extension.  Instead, plaintiff shall have forty-five days from the date of this order's entry to file his opposition or statement of non-opposition.  If, as that deadline approaches, he needs additional time, he may file another request for extension of time that explains, in detail, why he needs another extension.

1

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 61, is GRANTED in part and his response to defendants' motion for summary judgment is due within forty-five days of this order's entry.

IT IS SO ORDERED.

Dated:    May 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2